IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION,
INC.,
                    Plaintiff,

v.

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle,
appurtenances and cargo located within
center point coordinates: in rem,

                    Defendant.
_____/

Case #: 8:07-CV-616-T-30MSS

**ORDER DIRECTING THE ISSUANCE OF A WARRANT OF ARREST**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Order Directing Clerk to Issue Warrant of Arrest In Rem (Dkt. #3). Upon review and consideration, and pursuant to Supplemental Rule (C)(3) and Local Admiralty Rule 7.03(b)(1), it is

ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Order Directing Clerk to Issue Warrant of Arrest In Rem (Dkt. #3) is GRANTED.

2. The Clerk is directed to issue a warrant of arrest in the above-styled action.

**DONE** and **ORDERED** in Tampa, Florida on April 13, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2007\07-cv-616.arrest warrant.wpd