IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,

vs.

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle,
appurtenances and cargo located within
center point coordinates:
(to be provided to the Court under seal)
in rem,

    Defendant(s).
_____/

CIVIL ACTION

Case No.: 8:07-CV-00616-JSM-MSS

**CONSENT AND INDEMNIFICATION AGREEMENT FOR THE
APPOINTMENT OF A SUBSTITUTE CUSTODIAN**

Plaintiff, Odyssey Marine Exploration, Inc., by and through its undersigned attorneys, and Odyssey Marine Exploration, Inc., the proposed substitute custodian, hereby expressly release the U.S. Marshal for this District, and the U.S. Marshal's Service, from any and all liability and responsibility for the care and custody of the Unidentified Shipwrecked Vessel, its apparel, tackle, appurtenances and cargo located within center point coordinates provided the Court under seal, while in the hands of the substitute custodian, Odyssey Marine Exploration, Inc.

Plaintiff and Substitute Custodian, Odyssey Marine Exploration, Inc., also expressly agree to hold the U.S. Marshal for this District and the U.S. Marshal's Service harmless from any and all claims whatsoever arising during the period of the substitute custodianship.

As counsel of record in this action, the undersigned attorney represents that he has been expressly authorized by the Plaintiff to sign this Consent and Indemnification Agreement for, and on behalf of the Plaintiff.

SIGNED this 13th day of April, 2007, at Tampa, Florida.

_____
Allen von Spiegelfeld
Florida Bar No. 256803
avonsp@fowlerwhite.com
FOWLER WHITE BOGGS BANKER, P.A.
P. O. Box 1438
Tampa, Florida   33601
(813) 228-7411
(813) 229-8313 - Facsimile
Attorneys for Plaintiff