IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,

vs.

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle,
appurtenances and cargo located within
center point coordinates:
(to be provided to the Court under seal)
in rem,

    Defendant(s).
_____/

CIVIL ACTION

Case No.: 8:07-CV-00616-JSM-MSS

### ORDER APPOINTING SUBSTITUTE CUSTODIAN

AND NOW, this 13th day of April, 2007, upon consideration of Plaintiff Odyssey Marine Exploration, Inc.'s ("Odyssey") Motion for Appointment of Substitute Custodian of the Defendant Shipwrecked Vessel, its apparel, tackle, appurtenances and cargo (the "Defendant Shipwrecked Vessel") lying within center point coordinates provided the Court under seal, located beyond the territorial waters or contiguous zone of any sovereign nation, it is hereby ORDERED as follows:

1. The Court finds that: (a) Odyssey is duly qualified to serve as the Substitute Custodian of the artifacts recovered from the Defendant Shipwrecked Vessel; (b) Odyssey has agreed to assume the responsibility of safekeeping the salvaged artifacts; and (c) Odyssey has agreed to act as Substitute Custodian until further Order of this Court.

Dockets.Justia.com

2. The United States Marshal for the Middle District of Florida be, and he hereby is, authorized and directed to surrender the possession thereof to the Substitute Custodian named herein, Odyssey Marine Exploration, Inc., and that upon such surrender, the Marshal shall be discharged from the duties and responsibilities for the safekeeping of said Vessel and held harmless by any party for any and all claims whatsoever out of said substitute possession and safekeeping.

3. Odyssey is appointed the Substitute Custodian of the Defendant Shipwrecked Vessel and any artifacts recovered therefrom. Odyssey shall retain the same in custody for possession and safekeeping until further order of this Court. All Marshal's costs, if any, shall be paid prior to the release of said property and that the Substitute Custodian receipt for the property and the Marshal attest to the date and time of release on a certified copy thereof.

SO ORDERED.

MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE