UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES - CIVIL GENERAL

CASE NO.  8:07-cv-616-T-30MSS            DATE April 25, 2007

TITLE Odyssey Marine Exploration, Inc. vs. The Unidentified Shipwrecked Vessel

TIME  9:55 a.m. - 10:00 a.m.            TOTAL  5 minutes

Honorable  James S. Moody, Jr.           Deputy Clerk  Sara Boswell

Court Reporter  Sherrill Jackson         Courtroom  13A

Attorney(s) for Plaintiff(s):
Allen Von Spiegelfeld

**PROCEEDINGS:    STATUS CONFERENCE**

Notice was published in the Tampa newspaper.

The Court orders the Plaintiff to publish in newspapers in Spain and Italy.