UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ODYSSEY MARINE EXPLORATION, INC.,**

    Plaintiff,

vs.                                       Case No.: 8:07-cv-616-T-30MSS

**THE UNIDENTIFIED, SHIPWRECKED VESSEL, its apparel, tackle, appurtenances and cargo located within center point coordinates, in rem,**

    Defendant.

_____/

## ORDER

This matter comes on for consideration of the Kingdom of Spain's Motion to Admit Counsel *Pro Hac Vice* (Dkt. 15) for its out-of-state attorney, James A. Goold of the law firm Covington & Burling, LLP. The Kingdom of Spain has notified the Court that the State Bar of Illinois has confirmed that Mr. Goold is a member in good standing of the Illinois bar. Additionally, the Kingdom of Spain has notified the Court that the Clerk of the United States District Court for the District of Columbia has certified that Mr. Goold is admitted to practice in that Court and is a member in good standing of the bar of that Court.

Upon consideration and being otherwise fully advised, it is **ORDERED** that the Kingdom of Spain's Motion that this Court allow Mr. Goold to appear *pro hac vice* (Dkt. 15) is **GRANTED**. Mr. Goold shall be allowed to appear in this case

representing the Kingdom of Spain for all purposes, including appearing as lead trial counsel. Local counsel shall be David C. Banker of the law firm of Bush Ross, P.A.

**DONE AND ORDERED** in Tampa, Florida on this 5th day of June 2007.

_____
MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record