IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,

vs.

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle,
appurtenances and cargo located within
center point coordinates:
(to be provided to the Court under seal),
in rem,

    Defendant(s).
_____/

CIVIL ACTION

Case No.: 8:07-CV-00616-JSM-MSS

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
KINGDOM OF SPAIN'S MOTION FOR MORE DEFINITE STATEMENT
AND OTHER DISCLOSURE BEFORE KINGDOM OF SPAIN
<u>INTERPOSES A RESPONSIVE PLEADING</u>**

COMES NOW, Plaintiff, ODYSSEY MARINE EXPLORATION, INC. ("Odyssey"), by and through undersigned counsel, and moves this Honorable Court for an extension to respond to the KINGDOM OF SPAIN's Motion for Definite Statement and Other Disclosure Before Kingdom of Spain Interposes a Responsive Pleading (Docket #17) in this matter, and in support thereof would state:

1.    ODYSSEY and the KINGDOM OF SPAIN have discussed this matter in detail and have agreed that an extension should be granted until July 23, 2007.

2.    The reason for the extension is to allow ODYSSEY to conduct more research and to respond fully and completely to the Motion for Definite Statement and Other Disclosure Before Kingdom of Spain Interposes a Responsive Pleading.

3.   It is anticipated that part of the response will be additional information provided to the KINGDOM OF SPAIN.

WHEREFORE, in light of the KINGDOM OF SPAIN's agreement, it is requested that the Court permit ODYSSEY until July 23, 2007, to respond to the Motion for Definite Statement and Other Disclosure Before Kingdom of Spain Interposes a Responsive Pleading.

### MEMORANDUM OF LAW

The Federal Rules of Civil Procedure, Rule 6(b) provides that the Court can always extend or enlarge times when justice so requires. In this instance, it is in the benefit of justice to allow the extension of time to respond to the KINGDOM OF SPAIN's motion.

### CERTIFICATE UNDER LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), undersigned counsel certifies that he has conferred in good faith with counsel for Claimant, Kingdom of Spain, concerning the substance of this motion, and that counsel agree on the resolution of same.

Respectfully submitted,

s/ Allen von Spiegelfeld
Allen von Spiegelfeld – FBN 256803
avonsp@fowlerwhite.com
Eric C. Thiel – FBN 016267
ethiel@fowlerwhite.com
FOWLER WHITE BOGGS BANKER P.A.
P.O. Box 1438
Tampa, Florida  33601
(813) 228-7411
Facsimile:  (813) 229-8313
Attorneys for Plaintiff