# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**ODYSSEY MARINE EXPLORATION, INC.,**

    **Plaintiff,**

v.                                      **Case No. 8:07-cv-616-T-30MSS**

**THE UNIDENTIFIED SHIPWRECKED VESSEL, its apparel, tackle, appurtenances and cargo located within center point coordinates; in rem,**

    **Defendant.**

_____/

## **ORDER**

Because this case involves questions of law or fact common to those in Case #8:06-CV-1685-SDM-TBM, currently pending before the Honorable Steven D. Merryday, this cause is hereby TRANSFERRED to Judge Merryday, with his consent, for all further purposes pursuant to Local Rule 1.04(b), M.D. Fla.

**DONE** and **ORDERED** in Tampa, Florida on August 16, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-616.transfer.frm