UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION,
INC.,

    Plaintiff,

v.                                                    CASE NO: 8:07-cv-616-T-23MSS

THE UNIDENTIFIED, SHIPWRECKED
VESSEL,

    Defendant.
_____/

## **ORDER**

For purposes of judicial economy and consistency with related cases (nos. 8:06-cv-1685-T23TBM and no. 8:07-cv-614-T23MAP), the Clerk is directed to designate Magistrate Judge Mark A. Pizzo as the magistrate assigned to this case.

ORDERED in Tampa, Florida, on September 25, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE