IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,

vs.

THE UNIDENTIFIED, SHIPWRECKED VESSEL, its apparel, tackle, appurtenances, and cargo located within center point coordinates: (to be provided to the Court under seal), *in rem*,

    Defendant(s).
_____/

CIVIL ACTION

Case No.: 8:07-CV-00616-SDM-MAP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on or about November 7, 2007, service of a copy of this Court's Order of November 2, 2007 [Docket No. 65] was served upon Claimant, The Kingdom of Spain, by delivering a copy of such order by email to Claimant's counsel of record.

    s/ Allen von Spiegelfeld
    Allen von Spiegelfeld – FBN 256803
    avonsp@fowlerwhite.com
    Eric C. Thiel – FBN 016267
    ethiel@fowlerwhite.com
    FOWLER WHITE BOGGS BANKER P.A.
    P.O. Box 1438
    Tampa, Florida  33601
    (813) 228-7411
    Facsimile:  (813) 229-8313
    Attorneys for Plaintiff

- 2 -

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on November 7, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to James A. Goold, Covington & Burling LLP, 1201 Pennsylvania Ave., NW, Washington, DC  20004; and David C. Banker, Bush Ross P.A., 220 S. Franklin Street, P. O. Box 3913, Tampa, FL  33601, *Attorneys for Claimant, Kingdom of Spain*.

        s/ Allen von Spiegelfeld
        Allen von Spiegelfeld – FBN 256803
        avonsp@fowlerwhite.com
        Eric C. Thiel – FBN 016267
        ethiel@fowlerwhite.com
        FOWLER WHITE BOGGS BANKER P.A.
        P.O. Box 1438
        Tampa, Florida  33601
        (813) 228-7411
        Facsimile:  (813) 229-8313
        Attorneys for Plaintiff

2415486