IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,

vs.

THE UNIDENTIFIED, SHIPWRECKED VESSEL, its apparel, tackle, appurtenances, and cargo located within center point coordinates: (to be provided to the Court under seal), *in rem*,

    Defendant(s).
_____/

CIVIL ACTION

Case No.: 8:07-CV-00616-SDM-MAP

## NOTICE OF APPEARANCE

**COMES NOW** Melinda J. MacConnel (Florida Bar No. 0871151), and files this Notice of Appearance as counsel of record for Plaintiff, Odyssey Marine Exploration, Inc., in the above-referenced matter, and hereby requests that copies of all future pleadings and notices which Odyssey Marine Exploration, Inc. is entitled to receive be sent to the following:

Melinda J. MacConnel
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
E-mail: mmacconnel@shipwreck.net

An identical filing is being made in Case Nos.: 8:07-cv-1685-SDM-MAP and 8:07-cv-614-SDM-MAP.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 21, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to James A. Goold, Covington & Burling LLP, 1201 Pennsylvania Ave., NW, Washington, DC 20004; and David C. Banker, Bush Ross P.A., 220 S. Franklin Street, P. O. Box 3913, Tampa, FL 33601, *Attorneys for Claimant, Kingdom of Spain.*

s/ Allen von Spiegelfeld
Allen von Spiegelfeld – FBN 256803
avonsp@fowlerwhite.com
Eric C. Thiel – FBN 016267
ethiel@fowlerwhite.com
FOWLER WHITE BOGGS BANKER P.A.
P.O. Box 1438
Tampa, Florida 33601
(813) 228-7411
Facsimile: (813) 229-8313


s/ Melinda J. MacConnel
Melinda J. MacConnel – FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
E-mail: mmacconnel@shipwreck.net

Attorneys for Plaintiff

2426842