IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.,

      Plaintiff**,**

v.

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, their apparel, tackle, appurtenances
and cargo located within center point
coordinates: 49º 25'N, 6º 00'W;
Radius: 5 nautical miles,

      Defendant,
      *in rem,*

and

THE KINGDOM OF SPAIN,

      Claimant/Defendant.
_____/

CIVIL ACTION

Case No. 8:07-CV-00616-SDM-MAP

## **NOTICE OF APPEARANCE**

COMES NOW, Keith D. Skorewicz, Esquire of Bush Ross, P.A., and hereby files this Notice of Appearance as counsel for Claimant, Kingdom of Spain, in the above-referenced action, and requests that he be served with copies of all future correspondence and pleadings and any other documents in connection with the above-styled cause to the following:

      Keith D. Skorewicz, Esquire
      Bush Ross, P.A.
      P.O. Box 3913
      Tampa, FL 33601-3913
      (813) 224-9255 - Telephone
      (813) 223-9620 - Facsimile
      Email: kskorewicz@bushross.com

An identical filing is being made in Case Nos. 8:06-cv-01685-SDM-MAP and 8:07-cv-00614-SDM-MAP.

By: s/ James A. Goold
   James A. Goold
   District of Columbia Bar No. 430315
   COVINGTON & BURLING, LLP
   1201 Pennsylvania Avenue NW
   Washington, D.C. 20004
   (202) 662-5507- Telephone
   (202) 662-6291- Facsimile
   jgoold@cov.com

   and

By: s/ Keith D. Skorewicz
   David C. Banker; FBN 352977
   dbanker@bushross.com
   Keith D. Skorewicz; FBN 583618
   kskorewicz@bushross.com
   BUSH ROSS, P.A.
   P.O. Box 3913
   Tampa, FL 33602-3913
   (813) 224-9255- Telephone
   (813) 223-9620- Facsimile
   Attorneys for Claimant Kingdom of Spain

**CERTIFICATE OF SERVICE**

    I hereby certify that, on January 9, 2008, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the following: **Allen von Spiegelfeld, Esquire,** Fowler White Boggs Banker P.A., P.O. Box 1438, Tampa, Florida 33601 and **Melinda J. MacConnel, Esquire,** Odyssey Marine Exploration, Inc., 5215 West Laurel Street, Tampa, Florida 33607, Attorneys for Plaintiff; and **Frank D. Butler, Esquire,** Law Offices of Frank D. Butler, P.A., 10550 US Hwy 19 North, Pinellas Park, Florida 32782, Attorney for Intervenor Plaintiff.

               s/ Keith D. Skorewicz

- 2 -

469993.01