IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,

vs.

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle,
appurtenances and cargo located within
center point coordinates:
(to be provided to the Court under seal)
in rem,

    Defendant(s).
_____ /

CIVIL ACTION

Case No.: 8:07-CV-00616-SDM-MAP

## NOTICE OF FILING PROOF OF PUBLICATION OF NOTICE OF ARREST

Plaintiff hereby notices the filing of the attached Verification of Laurence Wm. Cohen, President of Northeast Media, Inc., International Media Representatives for L'espresso, an Italian publication, concerning publication of the notice of arrest of the UNIDENTIFIED, SHIPWRECKED, VESSEL OR VESSELS, their apparel, tackle, appurtenances and cargo located within center point coordinates provided to the Court under seal in the above styled and numbered cause.

DATED at Tampa, Florida, this 9th day of January, 2008.

        Respectfully submitted,

        s/ Allen von Spiegelfeld
        Allen von Spiegelfeld – FBN 256803
        avonsp@fowlerwhite.com
        Eric C. Thiel – FBN 016267
        ethiel@fowlerwhite.com
        FOWLER WHITE BOGGS BANKER P.A.
        P.O. Box 1438
        Tampa, Florida 33601
        (813) 228-7411
        Facsimile: (813) 229-8313

s/ Melinda J. MacConnel
Melinda J. MacConnel – FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
E-mail: mmacconnel@shipwreck.net
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 9, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to James A. Goold, Covington & Burling LLP, 1201 Pennsylvania Ave., NW, Washington, DC 20004; and David C. Banker, Bush Ross P.A., 220 S. Franklin Street, P. O. Box 3913, Tampa, FL 33601, *Attorneys for Claimant, Kingdom of Spain.*

s/ Allen von Spiegelfeld
Allen von Spiegelfeld – FBN 256803
avonsp@fowlerwhite.com
Eric C. Thiel – FBN 016267
ethiel@fowlerwhite.com
FOWLER WHITE BOGGS BANKER P.A.
P.O. Box 1438
Tampa, Florida 33601
(813) 228-7411
Facsimile: (813) 229-8313


s/ Melinda J. MacConnel
Melinda J. MacConnel – FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
E-mail: mmacconnel@shipwreck.net
Attorneys for Plaintiff

2432941

## VERIFICATION OF PUBLISHING IN
## L'ESPRESSO, ITALY

Before the undersigned authority personally appeared **Laurence Wm. Cohen**, President of Northeast Media, Inc., International Media Representatives for L'espresso, an Italian publication, who on oath says that he verifies that the attached copy of the article was published in the L'espresso, in the December 20, 2007 issue.

STATE OF  Connecticut   )
COUNTY OF  Fairfield   )

The foregoing instrument was acknowledged before me this __9TH__ day of January, 2008, by _Laurence Wm. Cohen_. He is personally known by me, or if not personally known has produced _____ as a form of identification.

_____
Notary Public

My Commission expires: _____

JAMES P. PALSA
NOTARY PUBLIC
My Commission Expires August 31, 2008



## LETTERE
# PER POSTA, PER EMAIL

**Risponde Stefania Rossini**
stefania.rossini@espressoedit.it

### Conversioni pericolose

Cara Rossini, ora tocca a D'Alema. La mente più lucida della sinistra italiana scopre all'improvviso quanto è affascinato dalla fede. Sarebbero affari suoi se non lo dichiarasse in pubblico, e per di più agli studenti di una scuola, cioè a giovani menti facili alla suggestione. Certo il ministro degli Esteri arriva buon ultimo. Tra gli ex laici in crisi religiosa, il posto d'onore spetta all'ex radicale Francesco Rutelli, veterano di conversioni. C'è poi il padre di Rifondazione comunista e presidente della Camera, Fausto Bertinotti, che va in pellegrinaggio al monte Athos e regala 50 mila euro a un parroco di Roma. Per non parlare di Piero Fassino, che un anno fa in tv, tra sospiri e pause, si è tolto un peso dall'anima e ha confessato a Giuliano Ferrara, suo ex compagno comunista e oggi ancora ateo ma "devoto", che sì, lo deve ammettere, lui è uomo di fede. Insomma i leader di spicco della sinistra, se non vanno a pranzo con i cardinali a discutere di politica e di Stato, divulgano come possono la loro vicinanza alla chiesa. Per ora si salva Veltroni, ma quanto resisterà al richiamo del cupolone? Ma cosa gli prende a tutti? Comincio a essere sconfortato.
*Camillo Tolfner, e-mail*

D'Alema ha già corretto la sua presunta svolta clericale fustigando, come è suo solito, i giornalisti incapaci. Non avrebbero capito che lui parlava dell'esperienza di riconciliazione del cardinal Martini a Gerusalemme e del "fascino" che la forza di quella fede emana. Il tema che lei propone resta comunque intatto. Lo slittamento di alcuni uomini della sinistra verso la religione cattolica è una realtà. Ma, a parte alcuni casi, credo sia riduttivo interpretarla con la categoria dell'opportunismo. Anche se non esplicitati, qui entrano in campo i fallimenti esistenziali, le certezze perdute, le attese escatologiche. Se non c'è più riscatto in terra, se la Storia non darà ragione, se il Progresso prende altre strade e le lotte di una vita sono state inutili, come non guardare con interesse chi conserva e rilancia gli assoluti? Il mondo si spacca su due monoteismi, la scena pubblica è invasa da dibattiti "alti" (la speranza, la verità) proposti da autorità religiose, ma la politica nazionale resta impaludata in questioni di bottega. Le frequentazioni dei grandi temi e gli interrogativi sui destini ultimi dell'essere umano non possono che far bene a chi deve occuparsi della cosa pubblica. A patto di non confondere il bisogno di spiritualità con la scorciatoia clericale.

### La trama del Biscione

Ho letto l'intervista di Giovanni Minoli "La trama del Biscione" ("L'espresso" n. 48). Mi stupisce che il direttore di Rai Educational torni ancora una volta a rappresentare, pretestuosamente e in maniera distorta l'entrata di Mediaset in Endemol. Una volta di più sono costretto a precisare che Endemol Italia mantiene la propria completa autonomia di produttore indipendente, come d'altra parte dimostrano i programmi di successo che da anni forniamo alla Rai. Ci tengo a precisare che i dati riportati da Minoli sono totalmente inesatti: studi indipendenti, infatti, hanno dimostrato che i programmi della Endemol incidono sul fatturato della Sipra per "circa il 25%", cifra che Minoli confonde con il 40%, nell'intervista a "L'espresso". Inoltre mi preme sottolineare che in Rai ci sono produttori di format e di fiction che fatturano molto più di noi ma che Minoli, sbadatamente, non cita mai. Endemol è un semplice produttore di contenuti senza alcun potere decisionale sui palinsesti ed è fantasioso pensare che una società di produzione possa "mettere becco sui palinsesti", offendendo così il ruolo delle persone preposte a farlo. Ha ragione Minoli quando dice che ▶



---

UNITED STATES DISTRICT COURT
[TRIBUNALE DISTRETTUALE DEGLI STATI UNITI]
MIDDLE DISTRICT OF FLORIDA
[DISTRETTO CENTRALE DELLA FLORIDA]
DIVISIONE DI TAMPA
CORTE DELL'AMMIRAGLIATO

AZIONE LEGALE CIVILE
Causa n.: 8:07-CV-00616-SDM-MAP
NAVE NAUFRAGATA, NON IDENTIFICATA,
ODYSSEY MARINE EXPLORATION, INC., parte attrice,

contro il suo equipaggiamento, attrezzature,
pertinenze e carico il cui punto centrale si trova alle
coordinate seguenti:
(da fornirsi alla Corte sotto sigillo)
in rem, parte(i) convenuta(e).

AVVISO DI SEQUESTRO MARITTIMO

Il presente per rendere noto che in data 13 aprile 2007 l'Illustrissimo James S. Moody, Jr., Giudice del Tribunale Distrettuale degli Stati Uniti per il Distretto Centrale della Florida, divisione di Tampa, ha ordinato l'emissione di un mandato di sequestro (qui di seguito chiamato "mandato di sequestro") per la(e) nave(i) naufragata(e) non identificata(e), il loro equipaggiamento, attrezzature, pertinenze e carico, le coordinate del punto centrale dei quali sono state fornite, sotto sigillo, alla Corte, nonché per il reperto che è stato descritto come una tazza da tè e per eventuali altri reperti recuperati dalla(e) nave(i) naufragata(e) convenuta(e), prima e dopo la data del presente atto, dalla parte attrice, la società Odyssey Marine Exploration, Inc. Detto mandato è stato emesso per conto della parte attrice nella sua qualità di impresa addetta ai recuperi marittimi, o società ritrovatrice, con possesso, ai sensi delle Supplemental Admiralty Rules C and D [Norme Supplementari Marittime C e D]. La parte attrice era stata nominata Substitute Custodian [custode sostituta] di qualunque reperto recuperato dalla nave(i) naufragata(e) prima e dopo la data del presente atto ed ha depositato una Domanda Giudiziaria Verificata affinché le venga aggiudicata la sua titolarità nei riguardi della(e) nave(i) naufragata(e) convenuta(e) e dei reperti recuperati dalla(e) stessa(e) (qui di seguito chiamati "reperti").

Con il presente si avvisa chiunque abbia o ritenga di avere titolo o diritto al possesso, o una partecipazione nella(e) nave(i) naufragata(e) convenuta(e) e/o nei reperti, di presentarsi e depositare presso la cancelleria [Clerk] della United States District Court for the Middle District of Florida, Tampa Division [Tribunale Distrettuale USA del Distretto Centrale della Florida, divisione di Tampa] una domanda giudiziaria scritta ai sensi della Supplemental Admiralty Rule C(6) [Norma Supplementare Marittima C(6)] entro e non oltre sessanta (60) giorni dalla data della pubblicazione del presente e di notificarla ai rappresentanti legali della parte attrice specificati più avanti. Le risposte alla Domanda Giudiziaria Verificata devono essere depositate presso la cancelleria del tribunale [Clerk] e notificate alle parti interessate entro venti (20) giorni dalla data del deposito della domanda giudiziaria summenzionata.

Eventuali domande di intervento ai sensi della Federal Rule 24 of Civil Procedure [Regola Federale 24 della Procedura Civile] da parte di persone che vantino dei vincoli marittimi o altre partecipazioni nella(e) nave(i) naufragata(e) convenuta(e) e nei reperti vanno presentate entro il periodo di sessanta (60) giorni menzionato sopra per il deposito di domande giudiziarie di proprietà o di possesso.

L'eventuale mancato deposito delle domande giudiziarie e delle risposte entro i periodi summenzionati potrebbe dar corso alla pronuncia di una sentenza contumaciale e alla concessione delle conclusioni chieste dalla parte attrice nella Domanda Giudiziaria Verificata. Le rivendicazioni o partecipazioni di qualunque altra persona fisica o giuridica verranno concluse e/o estinte in via definitiva.
SI PREGA GLI INTERESSATI DI AGIRE DI CONSEGUENZA.
ADDÌ: 30 aprile 2007

Allen von Spiegelfeld – FBN [n. di registrazione all'albo] 256803
FOWLER WHITE BOGGS BANKER P.A. [Studio legale]
[Recapito postale:] P. O. Box 1438
Tampa, Florida 33601 [USA]
Tel.: +1-(813) 228-7411
Fax.: +1-(813) 229 8313
e-mail: avonsp@fowlerwhite.com

Consulenti legale della parte Attrice