IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,

vs.

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle,
appurtenances and cargo located within
center point coordinates:
(to be provided to the Court under seal)
in rem,

    Defendant(s).
_____/

CIVIL ACTION

Case No.: 8:07-CV-00616-SDM-MAP

## NOTICE OF FILING PROOF OF PUBLICATION OF NOTICE OF ARREST

Plaintiff hereby notices the filing of the attached letter from James Allen, Traffic Coordinator, as exclusive representatives of El Pais – Publicitas/North America, concerning publication of the notice of arrest of the UNIDENTIFIED, SHIPWRECKED, VESSEL OR VESSELS, their apparel, tackle, appurtenances and cargo located within center point coordinates provided to the Court under seal in the above styled and numbered cause.

DATED at Tampa, Florida, this 9th day of January, 2008.

    Respectfully submitted,

s/ Allen von Spiegelfeld
Allen von Spiegelfeld – FBN 256803
avonsp@fowlerwhite.com
Eric C. Thiel – FBN 016267
ethiel@fowlerwhite.com
FOWLER WHITE BOGGS BANKER P.A.
P.O. Box 1438
Tampa, Florida 33601
(813) 228-7411
Facsimile: (813) 229-8313

s/ Melinda J. MacConnel
Melinda J. MacConnel – FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
E-mail: mmacconnel@shipwreck.net
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 9, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to James A. Goold, Covington & Burling LLP, 1201 Pennsylvania Ave., NW, Washington, DC 20004; and David C. Banker, Bush Ross P.A., 220 S. Franklin Street, P. O. Box 3913, Tampa, FL 33601, *Attorneys for Claimant, Kingdom of Spain.*

s/ Allen von Spiegelfeld
Allen von Spiegelfeld – FBN 256803
avonsp@fowlerwhite.com
Eric C. Thiel – FBN 016267
ethiel@fowlerwhite.com
FOWLER WHITE BOGGS BANKER P.A.
P.O. Box 1438
Tampa, Florida 33601
(813) 228-7411
Facsimile: (813) 229-8313

s/ Melinda J. MacConnel
Melinda J. MacConnel – FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
E-mail: mmacconnel@shipwreck.net
Attorneys for Plaintiff

# PUBLICITAS NORTH AMERICA

*330 Seventh Avenue, 5th floor*
*New York, NY 10001*
*Tel. (212) 599-5057  Fax (212) 599-8298*

January 8, 2008

ODYSSEY MARINE EXPLORATION, INC
5215 W. LAUREL STREET
SUITE 210
TAMPA, FL 33607

RE: ODYSSEY MARINE EXPLORATION

To whom it may concern:
As exclusive representatives of **EL PAIS (SPAIN)**, we confirm the insertion on **18 NOV 07** of an advertisement entitled **TBD** on behalf of the above listed client.

PUBLICITAS/NORTH AMERICA

James Allen
Traffic Coordinator

## OFERTA

**ACA**
Marca ropa Argentina busca distribuidores. 100%. garantía:
www.sweetelizabeth.com.ar

## Amistades/Ocio

**RELACIONES** 905015564
Entre particulares.

contac2me
ERES CHICA LLAMA GRATIS AL
**900 207 207**
ERES CHICO LLAMA AL
**806 40 27 01**

**CITAS** 661563290
Gratis.

**RELACIONES** 902013358
Entre particulares.

## Astrología/Futurología

**ACIERTO** 806505556
Siempre. Vidente. Seriedad absoluta. Máximo 1.06.

**AMAYA LEAL** 806405437
Predicciones, hechos concretos, máximo 1.36.

**AMAL** 806522237
Vidente, predicciones, datos precisos. Máximo 1.36.

**ANGELES** 806556396
Blanca. Absolutamente certera. Visa. 1.09 euros. 935809395

**BELÉN AGUIRRE** 806401451
Problemas amorosos. 1.16. 934112171

**GABINETE** 806515940
Esotérico, te recuperamos tu pareja, trabajo serio, 100 % aciertos. Máximo 1.59. Mayores 18. 806516636

**LAU** 806405734
Prados. Vidente. gallega. Visa. Máximo 1.06. 902879155

**MARIAN** 806515940
Vega. Adivino pasado, presente futuro. Visa. 1.09 euros. 935809395

**MARY** 934743317
Tarot. Astrología, Visa y 806.

**ORÁCULO** 917975813
Fortuna. Acertamos presente, adivinamos futuro. Sara, Llámanos! (Visa).

**TAROT** 653974117
Precio a convenir.

## Línea erótica

**ALUCINARAS** 803354264
Escúchame. 1.09.

**AMAS** 905015538
De casa insaciables 0.36 euros minuto.

**ANA** 903401176
Directo. Sin espera.

**BUSCO** 902013482
Macho para llamada caliente o real.

**CHAT** 916381702
Telefónico.

**CHICAS** 902012923
Calientes, seis céntimos minuto.

**ENCUENTROS** 902014851
Reales entre particulares.

**EVA** 803404548
Caliente. Directo. 1.09.

**GOCEMOS** 
Juntos! explótame www.803523408.es

## También domicilios.

**NICOLE** 686243398
Masajista exótica. Hipersensitiva.

**ORIENTALES** 600656537
Chicas cariñosas.

**PAREJA** 637969394
Joven, relajante, erótico.

**PELIRROJA** 699591044
Sensual.

**PELIRROJA** 699591044
Sensual.

**POLACO** 547680576
Relajantes deportivos.

**REFLEXÓLOGA** 628755903
Podal.

**SENSITIVO** 639906347
Anal.

**SHIATSU** 914202729
Descarga entre mis manos. Masajista profesional. Atractiva, Elena.

**SILVIA** 914153763
Masajista profesional. Morbosa, vibradores. Chalé Bernabéu. 100 euros.

**THAILANDESA** 677034081
Masajista profesional.
Desprejuiciados.

**SMS 1.2**

amigas
habla con chicas
en directo 24 horas
**803 403 503**
Prueba GRATIS desde
**902 444 803**

**803 403 503**
XXX, mayores 18 años; máximo euro minuto
IVA incluido; 1.16 red fija, 1.51 red móvil
Teléfonos: apartado 3107, 28080 Madrid.

**GRABACIONES** 803518233

## EN EL TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DEL MEDIO DE FLORIDA.

División de Tampa. En Almirantazgo
ACCIÓN CIVIL
No de Caso: 8:07-CV-00616-SDM-MAP
ODYSSEY MARINE EXPLORATION, INC.
Demandante, v.
LA NAVE NAUFRAGADA NO IDENTIFICADA, su ropa, el aparejo, dependencias y carga localizado dentro de las coordenadas del punto central, (para ser proporcionadas al Tribunal bajo el sello) (in rem, Demandada(s),

AVISO DE ARRESTO EN ALMIRANTAZGO
Por favor busca casa que el 13 de abril de 2007, por Orden del Honorable James S. Moody, Jr., Juez del Tribunal del Distrito de los Estados Unidos para el Distrito del Medio de Florida, División de Tampa, una Orden de Arresto para la Nave o Naves Naufragadas. No identificadas, su ropa, el aparejo, dependencias y carga localizado dentro de las coordenadas del punto central, proporcionado al Tribunal bajo el sello, y, la actuación recuperado descrito como una tasa de 16 junto con cualquier otros artefactos hasta ahora y de ahora en adelante recuperando por el Demandante "Odyssey Marine Exploration, Inc. da la Nave(s) Naufragada(s) Demandada(s) (el "Orden de Arresto"), los emitido de parte del Demandante como Salvor en posesión, o "descubridor" en posesión, según las provisiones de las Reglas Suplementarias en Almirantazgo C y D. El Demandante ha designado como Tutor Suplente de cualquier Artefactos hasta ahora y de ahora en adelante recuperado, de la Nave(s) Naufragada(s) y ha archivado una Queja Verificada para tomar adjudicado su reclamo del título a la Nave(s) Naufragada(s) Demandada(s) y los artefactos "de allí" recuperados; (los "Artefactos").

Cualquier partido que tiene o reclama para tener un derecho o el interés en la posesión de, o que reclame un interés en la Nave(s) Naufragada(s) Demandada(s) y/o los Artefactos; sin perjuicio al aparecer y archivar, con el Funcionario del Juzgado del Distrito de los Estados Unidos para el Distrito Medio de Florida, División de Tampa, un reclamo por escrito conforme a la Regla Suplementaria de Almirantazgo C(6) opa el artículo del reclamo debe ser archivado dentro de sesenta (60) días de la fecha de la publicación de esto, y entregar a los abogados del Demandante listado abajo. Las respuestas a la Queja Verificada deben ser archivadas con el Funcionario y entregado dentro de veinte (20) días después del expediente del reclamo requerido arriba.

Las aplicaciones para la intervención bajo la Regla Federal 24 del Procedimiento Civil por personas que reclaman gravámenes marítimos u otros intereses en la Nave(s) Naufragada(s) Demandada(s) y los Artefactos serán permitidos dentro del período de sesenta (60) días nombrados...