IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.                                                     Case No. 8:07-cv-616-SDM-MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL, its apparel, tackle, appurtenances
and cargo located within center point coordinates
(to be provided to the Court under seal),

    Defendant,
    in rem

and

THE KINGDOM OF SPAIN,

    Claimant,
_____/

## Notice of Voluntary Dismissal Without Prejudice

Pursuant to Federal Rule of Civil Procedure 41(a), Claimant Kingdom of Spain gives notice of voluntary dismissal of its Verified Claim in this case (Dkt. 14), based on examination of evidence disclosed by plaintiff pursuant to Orders of the Court indicating that the res in this case is the Italian vessel Ancona. Claimant reserves the right to refile a Verified Claim, without waiver of its sovereign immunity and other jurisdictional defenses and immunities, in the event that any future information indicates an interest of Claimant in the vessel or its contents.

                                                                      Respectfully submitted on April 2, 2008,

        s/ James A. Goold_____
        James A. Goold
        District of Columbia Bar #430315
        Covington & Burling LLP
        1201 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004
        Telephone: (202) 662-5507
        Fax: (202) 662-6291
        E-mail: jgoold@cov.com

        David C. Banker
        Florida Bar #352977
        Bush Ross, PA
        220 S. Franklin Street
        P.O. Box 3913
        Tampa, Florida 33601-3913
        Telephone: (813) 224-9255
        Fax: (813) 223-9255
        E-mail: dbanker@bushross.com

**Certificate of Service**

I hereby certify that I caused the foregoing Notice of Voluntary Dismissal Without Prejudice to be served on Plaintiff's counsel, Allen von Spiegelfeld, Eric C. Thiel, and Melinda J. MacConnel via the Court's CM/ECF system on April 2, 2008.

s/ James A. Goold_____
James A. Goold
District of Colombia Bar 430315
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 662-5507
Fax: (202) 662-6291
E-mail: jgoold@cov.com
