UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.         CASE NO.: 8:07-cv-616-T-23MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL, if any, its apparel, tackle,
appurtenances and cargo located
within a five mile radius of the center
point coordinates provided to the Court
under seal,
    Defendant,
    *in rem*
_____/

## **ORDER**

This cause is before the Court on Odyssey Marine Exploration, Inc.'s motion to conduct hearing *in camera* (doc. 93). Odyssey has clarified to the Court that it seeks an *in camera* hearing relating to the disclosures required by the Court interrogatories issued on March 12, 2008. The Court did not issue interrogatories in the instant case, but only in the other two Odyssey cases (8:06-cv-1685-T-23MAP and 8:07-cv-614-T-23MAP). Accordingly, Odyssey's motion to conduct hearing *in camera* (doc. 93) is DENIED.

DONE and ORDERED at Tampa, Florida on April 2, 2008.

/s/ Mark A. Pizzo
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE