IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.  :
:
            Plaintiff,  :  CIVIL ACTION
:
   v.  :
:  Case No: 8:07-CV-00616-SDM-MAP
:
THE UNIDENTIFIED, SHIPWRECKED  :
VESSEL if any, its apparel, tackle,  :
appurtenances and cargo located  :
within a five mile radius of the center point  :
coordinates provided to the Court under seal,  :
:
            Defendant.  :
            *in rem*  :
:
and  :
:
The Kingdom of Spain,  :
:
            Claimant.  :
_____/  :

## MOTION FOR ADMISSION PRO HAC VICE

This Motion is an identical filing being made in cases 8:06-CV-01685-SDM-MAP, and 8:07-CV-00614-SDM-MAP.

Plaintiff, ODYSSEY MARINE EXPLORATION, INC., by and through undersigned counsel and in accordance with Local Rule 2.02, hereby moves and applies for permission for K. Russell LaMotte, Esquire to appear Pro Hac Vice and participate in this case as co-counsel for said Plaintiff. In support of this motion, Plaintiff, ODYSSEY MARINE EXPLORATION, INC., states as follows:

1. K. Russell LaMotte, Esquire is a member in good standing of the Bar of the District of Columbia, the Bar of Pennsylvania (active non-resident status) and the United States District Court for the District of Columbia.

2. K. Russell LaMotte, Esquire certifies that he has not abused the privilege of appearing Pro Hac Vice in this Court, as defined by Local Rule 2.02(a).

3. K. Russell LaMotte, Esquire certifies that he understands that he will be governed by the Federal Rules of Civil Procedure and the Florida Rules of Professional Conduct, including Local Rule 2.04, as well as all the requirements and rules governing the professional behavior of members of the Florida Bar.

4. K. Russell LaMotte, Esquire is associated with the Law Firm of Beveridge & Diamond P.C., whose offices are located at 1350 I Street, N.W., Washington, D.C. 20005-3311, telephone number: (202) 789-6080, facsimile number: (202) 789-6190. His e-mail address is rlamotte@bdlaw.com. Beveridge & Diamond P.C. serves in the capacity as Plaintiff, Odyssey Marine Exploration, Inc.'s co-counsel for purposes of this litigation and other related matters.

5. The Law Firm of Fowler White Boggs Banker P.A. has been designated by the Plaintiff as local counsel with full consent to act on their behalf in this matter.

6. An Affidavit setting forth Mr. LaMotte's qualifications to appear before this Court is attached hereto as Exhibit A.

WHEREFORE, Plaintiff, Odyssey Marine Exploration, Inc., respectfully requests this Court to enter an order authorizing and granting leave to K. Russell LaMotte, Esquire to appear Pro Hac Vice and participate in this case as co-counsel for this Plaintiff.

Respectfully submitted,

/s/ *(signature)*

Allen von Spiegelfeld – FBN 256803
avonsp@fowlerwhite.com
Eric C. Thiel – FBN 016267
ethiel@fowlerwhite.com
FOWLER WHITE BOGGS BANKER P.A.
P.O. Box 1438
Tampa, Florida 33601
(813) 228-7411
Facsimile: (813) 229-8313


s/ Melinda J. MacConnel
Melinda J. MacConnel – FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
E-mail: mmacconnel@shipwreck.net
Attorneys for Plaintiff

## CERTIFICATE UNDER LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), undersigned counsel certifies that he has conferred with opposing counsel in a good faith effort to resolve the issues by this Motion, and counsel agree on the resolution of the same.

s/ Allen von Spiegelfeld
Allen von Spiegelfeld – FBN 256803
avonsp@fowlerwhite.com
Eric C. Thiel – FBN 016267
ethiel@fowlerwhite.com
FOWLER WHITE BOGGS BANKER P.A.
P.O. Box 1438
Tampa, Florida 33601
(813) 228-7411
Facsimile: (813) 229-8313


s/ Melinda J. MacConnel
Melinda J. MacConnel – FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
E-mail: mmacconnel@shipwreck.net
Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 3, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to James A. Goold, Covington & Burling LLP, 1201 Pennsylvania Ave., NW, Washington, DC 20004; and David C. Banker, Bush Ross P.A., 220 S. Franklin Street, P. O. Box 3913, Tampa, FL 33601, *Attorneys for Claimant, Kingdom of Spain.*

s/ Allen von Spiegelfeld
Allen von Spiegelfeld – FBN 256803
avonsp@fowlerwhite.com
Eric C. Thiel – FBN 016267
ethiel@fowlerwhite.com
FOWLER WHITE BOGGS BANKER P.A.
P.O. Box 1438
Tampa, Florida 33601
(813) 228-7411
Facsimile: (813) 229-8313


s/ Melinda J. MacConnel
Melinda J. MacConnel – FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
E-mail: mmacconnel@shipwreck.net
Attorneys for Plaintiff
