IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　Plaintiff,　　　　　　　　　　 :　CIVIL ACTION
　　　　　　　　　　　　　　　　　　　　:
　　v.　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:　Case No: 8:07-CV-00616-SDM-MAP
　　　　　　　　　　　　　　　　　　　　:
THE UNDERWATER SITE AND RELATED　　　　:
UNIDENTIFIED SHIPWRECK, if any,　　　　 :
its apparel, tackle appurtenances,　　　:
and cargo located within a five mile radius :
of the center point coordinates provided :
to the Court under seal,　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　　:
　　　　　Defendant.　　　　　　　　　　 :
　　　　　*in rem*　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　　:
and　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　　:
The Kingdom of Spain,　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　　:
　　　　　Claimant.　　　　　　　　　　　:
_____/　　:

## AFFIDAVIT OF K. RUSSELL LaMOTTE, ESQUIRE

DISTRICT OF COLUMBIA　　　　　　:

WASHINGTON　　　　　　　　　　　:

　　　BEFORE ME, the undersigned having authority to take oath in the State of District of Columbia, personally appeared K. Russell LaMotte, Esquire, who, after first being duly sworn under oath deposes and states as follows:

1. I submit this Affidavit in support of the application for my admission to practice before this Court Pro Hac Vice in this action on behalf of Plaintiff, Odyssey Marine Exploration, Inc.

2. I am associated with the Law Firm of Beveridge & Diamond P.C., whose offices are located at 1350 I Street, N.W., Washington, D.C. 20005-3311, telephone number: (202) 789-6080, facsimile number: (202) 789-6190. My e-mail address is rlamotte@bdlaw.com.

3. I am a member in good standing of the Bar of Pennsylvania (active non-resident status), being admitted to that court on November 30, 1994, and the Bar of the District of Columbia, being admitted to that court on October 13, 2006. No discipline or grievance proceeding has been filed or is pending against me.

4. On March 3, 2008, I was admitted to practice before the United States District Court for the District of Columbia. I still practice in said Court.

5. Pursuant to Local Rule 2.02 of this Court, I hereby designate Allen von Spiegelfeld, Esquire, with the Law Firm of Fowler White Boggs Banker P.A., who is a member in good standing with this Court, as my designee with full consent to act on the part of the above-named Plaintiff with respect to this matter.

6. Pursuant to Local Rule 2.02(a) of this Court, I have not abused the privilege of admission before this or any other Court in the State of Florida. I have not been admitted to practice in a case in the State of Florida.

7. Beveridge & Diamond P.C. currently serves in the capacity as co-counsel for the purposes of this litigation and for the above-named Plaintiff who has specifically

requested that I be specially admitted, with the Court's approval, for purposes of this case, to serve as litigation co-counsel.

FURTHER AFFIANT SAITH NAUGHT.

WITNESSETH:

_Denise Pane_
_Lisa A. Reehl_

_____
K. Russell LaMotte, Esquire


DISTRICT OF COLUMBIA )
~~COUNTY OF~~ Washington ) §
                          )

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the state and county aforesaid to take acknowledgments, personally appeared K. Russell LaMotte, who is personally known to me, or has produced —Known to me— as identification, and who swore before me that he executed the foregoing Affidavit and who acknowledged before me that he executed the same for the purposes therein expressed.

WITNESS my hand and official seal in the state and county last aforesaid this 6 day of March, 2008.

_____
Notary Public

My commission expires:

Linda M. Bettencourt
Notary Public District of Columbia
My Commission Expires: July 31st, 2009

3