UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

      Plaintiff,

v.                                                      CASE NO: 8:07-cv-616-T-23MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle, appurtenances
and cargo located within a five mile radius
of the center point coordinates provided
to the Court under seal,

      Defendant,
      in rem,

and

THE KINGDOM OF SPAIN,

      Claimant.
_____/

## ORDER

      The Kingdom of Spain's notice of voluntary dismissal without prejudice (Doc. 94) of Spain's (Doc. 14) verified claim in this matter is **APPROVED**. Pursuant to Rule 41(a), Federal Rules of Civil Procedure, Spain's verified claim is **DISMISSED WITHOUT PREJUDICE**. Additionally, in light of the March 6, 2008, order (Doc. 91) dismissing count III of the amended complaint (which count seeks a preliminary injunction to secure the integrity of the recovery operation against interference from a third party),

Odyssey Marine Exploration, Inc.'s motion (Doc. 32) for a preliminary injunction is

**DENIED AS MOOT**.

ORDERED in Tampa, Florida, on April 4, 2008.

_____

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE