UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

        Plaintiff,

v.                                                                                                  CASE NO.: 8:07-cv-616-T-23MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL, its apparel, tackle,
appurtenances and cargo located
within a five mile radius of the center
point coordinates provided to the Court
under seal,
        Defendant,
        *in rem*
_____/

## **ORDER**

Before the Court is Odyssey Marine Exploration, Inc.'s Motion for Admission *Pro Hac Vice* (doc. 97). Odyssey moves the Court to allow K. Russell LaMotte, Esq. to appear *pro hac vice* as co-counsel.  Pursuant to the Local Rule 2.02(a), Mr. LaMotte is directed to participate in electronic filing by registering for CM/ECF and obtaining a password within twenty (20) days of this Order.[1]  He is further directed to electronically file notices of compliance with CM/ECF registration within twenty (20) days of this Order.  Upon consideration, it is hereby

      ORDERED:

---

[1] Counsel may obtain passwords from the Court by accessing the Court's website, located at www.flmd.uscourts.gov, and clicking on CM/ECF. Once counsel have registered for CM/ECF, they must also register an email address.

1. Odyssey's Motion for Admission *Pro Hac Vice* (doc. 97) is GRANTED.

DONE AND ORDERED in Tampa, Florida on April 15, 2008.

*/s/ Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record