UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:06-CV-1685-T-23MAP
8:07-CV-614-T-23MAP
8:07-CV-616-T-23MAP

**ODYSSEY MARINE EXPLORATION, INCORPORATED,**

Plaintiff,

-vs-

**THE UNIDENTIFIED, SHIPWRECKED VESSEL,**

Defendant,

and

**THE KINGDOM OF SPAIN,**

Claimant.

------------------------------------------/

5 March 2008
9:30 a.m.
Courtroom 13A

TRANSCRIPT OF PROCEEDINGS
*(MOTION HEARING)*
**BEFORE THE HONORABLE MARK A. PIZZO,
UNITED STATES DISTRICT COURT MAGISTRATE**

APPEARANCES

| | |
|---|---|
| **For the Plaintiff Odyssey Marine Exploration, Incorporated:** | **MELINDA JOY MacCONNEL, ESQUIRE**<br>*O'Brien, Bower, P.A.*<br>1304 De Soto Avenue<br>Suite 100<br>Tampa, Florida 33606<br>Phone: (813) 876-1776<br>Fax: (813) 830-6609<br>E-mail: mmacconnel.@shipwreck.net |
| | **ALLEN K. VON SPIEGELFELD, ESQUIRE**<br>*Fowler, White, Boggs & Banker, P.A.*<br>P.O. Box 1438<br>Tampa, Florida 333601-1438<br>Phone: (813) 228-7411<br>Fax: (813) 229-8313<br>E-mail: avonsp@fowlerwhite.com |

*(appearances continued on next page)*

STENOGRAPHICALLY REPORTED
COMPUTER-AIDED TRANSCRIPTION

*SHERRILL L. JACKSON, RPR, FPR*
*Federal Official Court Reporter, U.S. District Court*
*Middle District of Florida, Tampa Division*