FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

08 APR 28 AM 10: 56

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff(s)

v.                 CASE NO. 8:07-CV-616-T-23MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL, et al.
    Defendant(s)
_____/

RECEIPT FOR EXHIBITS AND/OR EXHIBIT SUBSTITUTES

    The undersigned acknowledges receipt of the following described exhibits and/or exhibit substitutes:

X  See below

Sealed envelope filed by Kingdom of Spain re: motion for leave to file under seal. Being returned pursuant to the Court's order entered on 03/12/08.

~~March~~ April 28, 2008

_____

                Signature

                Pat Standen / Bush Ross
                Relationship to party/counsel